FILED

07/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0141

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-0141

SAMANTHA VULLES, SHERI ESTENSEON, et al.,
*Plaintiffs and Appellants,*

v.

THIES & TALLE MANAGEMENT, INC.,
THIES & TALLE ENTERPRISES, INC.,
ALMANOR INVESTORS LIMITED PARTNERSHIP
And JOHN Does 1-4,
*Defendants and Appellees*.

On Appeal from the First Judicial District Court, Lewis & Clark County
Cause No. CDV-2020-587

## [PROPOSED] ORDER GRANTING DEFENDANT-APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

Christopher W. Froines
**FROINES LAW OFFICE, PC**
Century Plaza Building
3819 Stephen Ave., #301
Missoula, MT 59801
Telephone: (406) 829-3303
Facsimile: (877) 688-4696
chris@froineslawoffice.com

Ben D. Kappelman
Joshua P. Oie
**DORSEY & WHITNEY LLP**
Millennium Building
125 Bank Street
Missoula, MT 59802-4407
Telephone: (406) 721-6025
Facsimile: (406) 543-0863
kappelman.ben@dorsey.com
oie.josh@dorsey.com

*Counsel for Plaintiff-Appellants*

*Counsel for Defendant-Appellees*

Pursuant to Mont. R. App. P. 26(1), this being Defendants and Appellees Thies & Talle Management, Inc.; Thies & Talle Enterprises, Inc.; and Almanor Investors Limited Partnerships first request for a 30-day extension of time to file their Response Brief and there being no objection from counsel for Plaintiffs and Appellants:

**IT IS HEREBY ORDERED** that Defendants and Appellees Thies & Talle Management, Inc.; Thies & Talle Enterprises, Inc.; and Almanor Investors Limited Partnership shall have until August 30, 2021 to file their Response Brief.

Dated: July _____, 2021

_____
Clerk of the Montana Supreme Court

cc:    Christopher Froines
       Ben Kappelman
       Josh Oie

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 23 2021